UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SAIM SARWAR, Individually,

    Plaintiffs,

v.

MAHASHIV PROPERTIES, LLC, Domestic Limited Liability Company,

    Defendant.

Case No. 1:21-cv-008-WES-PAS

## JOINT STIPULATION OF DISMISSAL

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

Dated: October 22, 2021

Respectfully Submitted,
For Plaintiff,

By:_____
Daniel Goldsmith Ruggiero
275 Grove Street, Suite 2-400
Newton, MA 02466
druggieroesq@gmail.com
(339) 237-0343 (phone)
(339) 707-2808 (fax)

Respectfully Submitted,
For Defendant

By:_____
Steven H. Surdut
43 Broad St.
Westerly, RI 02891
steven@seandonohuelaw.com
(401) 837-8428 (phone)
(860) 443-4703 (fax)

1